Peter Vander Bloegh, d/b/a Monarch Plumbing Company, Plaintiff-Appellee, v. Jerry Seida, d/b/a Skyland Builders, Defendant-Appellant.

Gen. No. 49,932.

First District, Fourth Division.

February 3, 1965.

Lucy & Zaborsky, of Chicago (Richard H. Lucy, of counsel), for appellant; No appearance made for appellee. Opinion by JUSTICE DRUCKER. Not to be published in full.